**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**



FILED

DEC 0 8 2009

WILLIAM B. GUTHRIE
Clerk, U.S. District Court
By _____
Deputy Clerk

INTERNATIONAL OPPORTUNITY
CONSULTANTS, INC., a Michigan
Corporation,

      Plaintiff,

v.

FASTECH, L.L.C., an Oklahoma limited
liability company; FASTECH PRODUCTION,
L.L.C., an Oklahoma limited liability company;
DAVID MCDOWELL, an individual; JOSHUA
SHARP, an individual; FASTECH
HOLDINGS, L.L.C., an Oregon limited liability
company; HYDROTECH, L.L.C., an Oklahoma
limited liability company,

      Defendants,

CASE NO. CV-09-204-RAW

## OATH OF RECEIVER

I, C. David Rhoades, the Receiver appointed by the Court in the above-entitled cause on

the 8TH day of December, 2009, do solemnly swear that I will faithfully discharge my duties as

such Receiver, that I will well and faithfully account for all property and money that may come

into my hands as such Receiver, and that I will obey the orders of the Court entered in said case.

C. David Rhoades, *Receiver*

By: _____,
United States District Judge
Eastern District of Oklahoma